Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Earl Bernard Jackson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EARL BERNARD JACKSON,

            Plaintiff,

    vs.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,[1]

           Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:16-cv-01635-JC

ORDER AWARDING EQUAL
ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)

    Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

//

//

//

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1         IT IS ORDERED that fees and expenses in the amount of $2,700 as

2    authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

3

4    DATE:     February 9, 2017

5

6                        /s/
                    THE HONORABLE JACQUELINE CHOOLJIAN

7                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26